CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/28/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| GARNETT H.[1], | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 6:22-CV-00039 |
| | ) |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

In accordance with the Memorandum Opinion entered today, the Commissioner's motion for summary judgment is **GRANTED** (Dkt. 17) and Plaintiff's motion for summary judgment is **DENIED** (Dkt. 14). This matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered:  September 28, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

---

[1] Due to privacy concerns, I use only the first name and last initial of the claimant in social security opinions.